UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| CHARITY STAMPLEY | : | DOCKET NO. 2:18-cv-1640 |
| VERSUS | : | JUDGE JAMES |
| ALLERGAN U.S.A., INC. | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 11] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the lack of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the Motion to Dismiss be **GRANTED** and that this matter be **DISMISSED WITH PREJUDICE** under Federal Rule of Civil Procedure 12(b)(6).

**THUS DONE AND SIGNED** in Chambers this 15th day of April, 2019.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE